■ MARY SPURLING, Appellant, v. S & M CATERERS, INC., Respondent.— Appeal from (1) an order of the Supreme Court, Kings County, dated July 27, 1966, which granted defendant's motion to set aside a jury verdict in plaintiff's favor and to dismiss the complaint, and (2) a judgment of said court entered October 3, 1966 upon said order. Order modified, on the law, by striking out all the decretal provisions therein other than that which set aside the verdict and by adding thereto a provision granting a new trial. As so modified, order affirmed, and judgment reversed, on the law, with costs to abide the event of the new trial. The findings of fact below are not affirmed. In our opinion, the verdict was contrary to the weight of the evidence. However, the evidence was such as to entitle plaintiff to a new trial, not such as to require dismissal of the complaint. Brennan, Acting P. J., Rabin, Benjamin, Munder and Martuscello, JJ., concur.

■ KARL WOEST, Respondent, v. SHOR'S CATERING CORP., Defendant, and HEWLETT CATERING CORP., Doing Business as Shor's Restaurant, Appellant. — Judgment of the Supreme Court, Suffolk County, entered June 26, 1967, reversed, on the law, and new trial granted as against appellant, Hewlett Catering Corp., without costs. No questions of fact have been considered. In our opinion, the trial court's comments in refusing appellant's request to charge relative to the tool box improperly removed from the jury's consideration the presence of the tool box, which the jury could have taken into account in determining whether the accident happened in the manner claimed by plaintiff (*Piwowarski* v. *Cornwell,* 273 N. Y. 226, 229; *Zizzi* v. *Evans,* 3 A D 2d 644; *Mercatante* v. *City of New York,* 286 App. Div. 265). Christ, Acting P. J., Brennan, Benjamin and Martuscello, JJ., concur; Munder, J., dissents and votes to affirm the judgment.

## (December 31, 1968)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIE A. ALLEN, Appellant.— Order of the County Court, Nassau County, dated October 31, 1967 and made on reargument, affirmed insofar as appealed from. No opinion. Appeal from order of the same court dated August 16, 1967 dismissed as academic. That order was superseded by the order dated October 31, 1967, which granted reargument and adhered to the original decision. Beldock, P. J., Christ, Benjamin, Munder and Martuscello, JJ., concur.